In re Jones, Ray; — Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Caddo, 1st Judicial District Court, Div. C, No. 110,300.
Writ granted in part; otherwise denied. The district court is ordered to provide relator with an estimate of the costs of reproducing public records relator has re *1188 quested and to which relator is entitled. La. Const, art. XII, Section 3; R.S. 44:31; State ex rel. Level v. State, 99-2266 (La.12/17/99), 751 So.2d 869; State ex rel. Gray v. State, 97-0447 (La.9/5/97), 699 So.2d 74; Range v. Moreau, 96-1607 (La.9/3/96), 678 So.2d 537. TRAYLOR, J., not on panel.
TRAYLOR, J., not on panel.